IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| PATRICK JORDAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 9:05-0369-08 |
| ) | |
| CANDLER HOSPITAL, INC., ) | |
| a Georgia Corporation ) | |
| ) | |
| Defendant. ) | |

## CONSENT ORDER MODIFYING SCHEDULING ORDER

UPON CONSIDERATION of the agreement of the undersigned counsel, the sound discretion of this Court and the entire matter in this case, this Court makes the following Findings of Fact and Conclusions of Law:

1. The Court entered a Consent Amended Scheduling Order on March 28, 2005. The Defendant filed a Motion to Dismiss on April 7, 2005, moving this Court to dismiss the Complaint on the basis that the Court lacks jurisdiction to hear this dispute.

2. The parties acknowledge and agree that the Consent Amended Scheduling Order should be suspended effective April 7, 2005, and until such time as this Court rules on the Defendant's Motion to Dismiss. The parties further acknowledge and agree that, if and at such time as the Motion to Dismiss is denied, the dates expressed in the Consent Amended Scheduling Order shall each be extended by the number of days between April 7, 2005, and the date the Motion to Dismiss is denied.

3. It is hereby ADJUDGED, DECREED and ORDERED that the Consent Amended Scheduling Order filed on March 28, 2005, is suspended effective April 7, 2005, and until such time as this Court rules on the Defendant's Motion to Dismiss. If and at such time as the Motion to

Dismiss is denied, the dates expressed in the Consent Amended Scheduling Order shall each be extended by the number of days between April 7, 2005, and the date the Motion to Dismiss is denied.

IT IS SO ORDERED this **25** day of May, 2005.

_Charleston, S. Car._

Sol Blatt, Jr.
United States District Judge

CONSENTED BY:

HALE & BOLCHOZ, L.L.C.

James O. Hale
1533 Fording Island Road, Suite 294
P.O. Box 22561
Hilton Head, SC 29925
(843) 837-3000

DEGENHART LAW FIRM, P.A.

Paul V. Degenhart
2000 Park Street, Suite 101
Columbia SC, 29201

Attorneys for Patrick Jordan

BRENNAN & WASDEN, LLP

Wiley A. Wasden, III
Georgia State Bar No. 738750
D. Scott Porch, IV
Tennessee State Bar No. 20244
Marvin W. McGahee
South Carolina State Bar No. 006953
P.O. Box 8047
Savannah, Georgia 31401
(912) 232-6700

Attorneys for Candler Hospital, Inc., a Georgia Corporation

-2-